# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RONALD BRIAN EMFINGER,

        Plaintiff,

v.                                    Case No:   6:25-cv-541-GAP-LHP

ADJUSTER GROUPS LLC,

        Defendant

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon periodic review. On July 2, 2025, this Court issued an Order to Show Cause (Doc. 15) as to why the case should not be dismissed for failure to prosecute by failing to file the Case Management Report.   The Order directed Plaintiff to respond within fourteen (14) days.   Plaintiff failed to respond to the order or file a Case Management Report pursuant to Local Rule 3.02(b)(3).

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice for failure to prosecute**.   Defendant's Motion to Dismiss for Failure to Prosecute (Doc. 16) is DENIED as moot. The Clerk is directed to terminate any deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 23, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties